UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

LORI A.J.,

        Plaintiff,

v.                                        Civil Action No. 2:22cv131

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration,

        Defendant.

## FINAL ORDER

This matter comes before the court on Plaintiff's Motion for Summary Judgment and Brief in Support. ECF Nos. 9, 10. Defendant, the Acting Commissioner of the Social Security Administration ("Commissioner"), filed a Cross-Motion for Summary Judgment and Memorandum in Support. ECF Nos. 11, 12.

On June 14, 2022, this matter was referred to United States Magistrate Judge Lawrence R. Leonard, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B)-(C) and Rule 72(b) of the Federal Rules of Civil Procedure, to conduct necessary hearings, including evidentiary hearings, and to submit to the undersigned district judge proposed findings of fact, if applicable, and recommendations for the disposition of the matter. ECF No. 7.

The United States Magistrate Judge's Report and Recommendation ("R&R") was filed on April 5, 2023. ECF No. 13.

The R&R recommends that Plaintiff's Motion for Summary Judgment be denied, the Commissioner's Motion for Summary Judgment be granted, the final decision of the Commissioner be affirmed, and the matter be dismissed with prejudice.

By copy of the R&R, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days of the date of service of the R&R to the objecting party. See id. at 17-18. No objections were filed by either party, and the time for filing objections has expired.

The court, having reviewed the record in its entirety, does hereby **ADOPT AND APPROVE IN FULL** the findings and recommendations[1] set forth in the Magistrate Judge's thorough and well-reasoned R&R, filed on April 5, 2023. ECF No. 13. Accordingly, Plaintiff's Motion for Summary Judgment is **DENIED**, and the Commissioner's Motion for Summary Judgment is **GRANTED**. The decision of the Commissioner is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**.

---

[1] As no objections to the Report and Recommendation were filed, this court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

The Clerk shall enter judgment in favor of the Commissioner and close the case on this court's docket. The Clerk is **DIRECTED** to send a copy of this Final Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

April 24, 2023